■ In the Matter of SEYMOUR BREITERMAN, a Suspended Attorney. [651 NYS2d 263] —Motion for reargument and reconsideration of this Court's order entered March 28, 1996 (225 AD2d 511) denied. No opinion. Concur—Murphy, P. J., Sullivan, Wallach, Kupferman and Ross, JJ.